NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SWEET HARVEST FOODS, EXPORT PACKERS COMPANY LTD., HONEY HOLDING I, LLP, DBA HONEY SOLUTIONS, SUNLAND TRADING, INC., NATIONAL HONEY PACKERS & DEALERS ASSOCIATION,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, AMERICAN HONEY PRODUCERS ASSOCIATION, SIOUX HONEY ASSOCIATION,**
*Defendants-Appellees*

---

2024-1370, 2024-1371

---

Appeals from the United States Court of International Trade in Nos. 1:22-cv-00188-LMG, 1:22-cv-00189-LMG, 1:22-cv-00191-LMG, 1:22-cv-00192-LMG, 1:22-cv-00194-LMG, Senior Judge Leo M. Gordon.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. Appellants' opening briefs remain due March 22, 2024.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 1, 2024
Date