# United States Court of Appeals for the Federal Circuit

---

**SWEET HARVEST FOODS, EXPORT PACKERS COMPANY LTD., HONEY HOLDING I, LLP, dba Honey Solutions, SUNLAND TRADING, INC., NATIONAL HONEY PACKERS & DEALERS ASSOCIATION,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, AMERICAN HONEY PRODUCERS ASSOCIATION, SIOUX HONEY ASSOCIATION,**
*Defendants-Appellees*

---

2024-1370, 2024-1371

---

Appeals from the United States Court of International Trade in Nos. 1:22-cv-00188-LMG, 1:22-cv-00189-LMG, 1:22-cv-00191-LMG, 1:22-cv-00192-LMG, 1:22-cv-00194-LMG, Senior Judge Leo M. Gordon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 15, 2025
Date

Jarrett B. Perlow
Clerk of Court